FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC EVERETT MILLS, ) <br> ) <br> Defendant. ) | 2:11-CR-249-KJD (GWF) |

## FINAL ORDER OF FORFEITURE

On February 16, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant ERIC EVERETT MILLS to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant ERIC EVERETT MILLS pled guilty. Docket #1, #33, #35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 23, 2012, through March 23, 2012, notifying all third parties of their right to petition the Court. #36.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a) all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, and 2252A;

    b) all items containing such visual depictions, which were transported, shipped and received in violation of Title 18, United States Code, Section 2252A;

    c) all property, real or personal, used or intended to be used to commit or to promote the commission of these offenses or any property traceable to such property, including but not limited to computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

    d) a Compaq Presario Desktop, serial number CNH7410XWP;

    e) a 300GB Sata hard drive, serial number 5QF64X86; and

    f) ten CD or DVD discs containing child pornography ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 2nd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE